IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMETRIUS GILLIAM,**<br>Petitioner,<br><br>v.<br><br>**SCI HUNTINGDON, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>Respondents. | CIVIL ACTION<br><br><br><br><br>NO. 17-2622 |

# O R D E R

**AND NOW**, this 7th day of December, 2018, upon consideration of Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Demetrius Gilliam (Document No. 1, filed June 9, 2017), Respondents' Motion to Dismiss as Moot/Application for Stay (Document No. 7, filed February 12, 2018), the record in this case, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated September 12, 2018, there being no objections, and the time for filing objections having passed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated September 12, 2018, is **APPROVED** and **ADOPTED**;

2. Respondents' Motion to Dismiss as Moot is **GRANTED** on the ground that the relief sought in the Petition, release on parole, was granted and *pro se* petition was placed on parole January 20, 2018;

3. Respondents' Application for Stay is **DENIED AS MOOT**;

4. Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Demetrius Gilliam, is **DISMISSED AS MOOT**; and,

5. The Clerk of Court shall **MARK** this case **CLOSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claim. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**